Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 SW Birch Street, Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff JAMES RUTHERFORD

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN CHICKEN, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:19-cv-02362-AB-SHK<br><br>Hon. Andre Birotte Jr.<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: December 9, 2019<br>Trial Date: None Set |

NOTICE OF SETTLEMENT
1

Please take notice that Plaintiff, JAMES RUTHERFORD and Defendant, GOLDEN CHICKEN, LLC by and through their counsel of record, have reached a settlement and are presently drafting, finalizing, and executing the formal settlement documents.  The appropriate motions and/or stipulation of dismissal will be promptly filed upon execution of a final settlement agreement.

## CERTIFICATE OF SERVICE

I certify that on January 13, 2020 , I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                                          Respectfully submitted,

Dated: January 13, 2020                      **MANNING LAW, APC**

                                      By:   */s/ Joseph R. Manning, Jr., Esq.*
                                                  Joseph R. Manning, Jr. Esq.
                                                  Attorneys for Plaintiff,
                                                JAMES RUTHERFORD