1  Joseph R. Manning, Jr. (SBN 223381)
   ADAPracticeGroup@manninglawoffice.com
2  **MANNING LAW, APC**
   20062 SW Birch Street
3  Newport Beach, CA 92660
   Tel: 949.200.8755
4  Fax: 866.843.8308

5  *Attorneys for Plaintiff*

6  JAMES RUTHERFORD

7
8               **UNITED STATES DISTRICT COURT**
9               **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN CHICKEN, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:19-cv-02362-AB-SHK<br><br>Hon. Andre Birotte, Jr.<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: December 9, 2019<br>Trial Date: None |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff James Rutherford ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

Respectfully submitted,

DATED : March 26, 2020

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    James Rutherford

# CERTIFICATE OF SERVICE

I certify that on March 26, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: March 26, 2020                         **MANNING LAW, APC**

By:    */s/ Joseph R. Manning, Jr., Esq.*
            Joseph R. Manning, Jr., Esq.
            Attorney for Plaintiff,
            James Rutherford